MICHAEL JOSEPH NILIO,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5686

Opinion filed January 6, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Michael Joseph Nilio, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 The petition for writ of prohibition is denied on the merits.

ROBERTS, CLARK, and MAKAR, JJ., CONCUR.